No. 01–10040. STANLEY v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 01–10041. JACKSON v. CITY OF FAIRBANKS ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10043. BARFIELD v. GIST. C. A. 8th Cir. Certiorari denied.

No. 01–10045. SCOTT v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 01–10048. SEWALD v. OPPORTUNITY VILLAGE ARC, INC. Sup. Ct. Nev. Certiorari denied.

No. 01–10049. ROGERS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10058. LOFTEN v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 01–10061. BURTON v. KEMNA, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–10063. DANNER v. DILL. Ct. App. Ga. Certiorari denied.

No. 01–10064. LEWIEL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10066. VARDIMAN v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 01–10067. TUCKER v. STINE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10069. HOGAN v. ALABAMA EMPLOYEES' RETIREMENT SYSTEM BOARD OF CONTROL. Sup. Ct. Ala. Certiorari denied.

No. 01–10072. SIMMONS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.